Lloyd W. Davidson, State's Atty., of Austin, for the State.

The judgment is affirmed.

The indictment and all matters of procedure appear regular.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## BAILEY v. STATE.
### No. 21194.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

A. A. Kern, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a period of five years.

The record is before this court without statement of facts or bills of exception.

## FITZGERALD v. STATE.
### No. 21218.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

S. H. Townsend, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at confinement in the county jail for five days and a fine of fifty dollars.

The record is before this court without statement of facts or bills of exception. All proceedings herein seem to be regular, and we have no other alternative than to affirm the judgment, which is accordingly done.